**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  1:15-cv-00212-RC |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Department of Defense hereby answers the complaint (Dkt. No. 1) in the following numbered paragraphs, which correspond to the complaint's numbered paragraphs:

1. This paragraph is a legal conclusion, not a factual allegation requiring a response.

2. This paragraph is a legal conclusion, not a factual allegation requiring a response.

3. Defendant is without knowledge or information sufficient to form a belief about the truth of this allegation.

4. Defendant admits only that its address is 1400 Defense Pentagon, Washington, D.C. 20301.  The remainder of the paragraph contains legal conclusions, not factual allegations requiring a response, but insomuch as an answer may be deemed required, Defendant denies that Plaintiff is entitled to any relief.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit the first sentence. As to the second sentence, admit only that Plaintiff subsequently confirmed by phone that Mr. Marye received the November 6, 2014 email and that Defendant did not request that Plaintiff further narrow the request.

10. This paragraph contains legal conclusions, not factual allegations requiring a response, but insomuch as an answer may be deemed required, Defendant denies that Plaintiff is entitled to any relief.

11. Admit.

12. Admit that Defendant has not issued a final response to Plaintiff's FOIA request with a determination as to whether it will release the requested records. Defendant avers that it is in the process of responding to Plaintiff's FOIA request.

13. This paragraph contains legal conclusions, not factual allegations requiring a response, but insomuch as an answer may be deemed required, Defendant denies that Plaintiff is entitled to any relief.

14. Defendant incorporates by reference its responses to paragraphs 1-13.

15. Denied.

16. Denied.

The remaining paragraphs of plaintiff's complaint constitute a prayer for relief, to which no response is required. To the extent a response is required, denied. All remaining allegations not expressly responded to are hereby denied.

Dated: March 23, 2015                    Respectfully submitted,

                                          BENJAMIN C. MIZER
                                          Acting Assistant Attorney General

                                          RONALD C. MACHEN JR.
                                          United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Robin Thurston*
Robin Thurston
Trial Attorney (Illinois Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 616-8188
Fax:    (202) 616-8470
Email: robin.f.thurston@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*