IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:15-cv-0212 (RC) |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., and Defendant Department of Defense hereby submit this joint status report pursuant to the Court's March 23, 2015 Minute Order. On February 11, 2015, Plaintiff filed a Complaint related to its request under the Freedom of Information Act ("FOIA") (Dkt. No. 1), and Defendant filed its Answer on March 23, 2015 (Dkt. No. 7). As directed by the Court in its March 23, 2015 Minute Order, the parties have met and conferred on how to proceed in this case.

Defendant currently is engaged in a search and review of records that are potentially responsive to Plaintiff's FOIA request. Accordingly the parties agree that it is premature to propose a briefing schedule in this matter. Defendant has determined that there are hundreds of records that are potentially responsive to Plaintiff's FOIA request. The parties therefore propose that Defendant complete its search and production of records by August 3, 2015. Thereafter, the parties will meet and confer, and by August 17, 2015, will file a status report identifying whether any further issues remain in the case, and proposing a schedule. This schedule is reasonable and will allow sufficient time for Defendant to respond to Plaintiff's request.

Dated: April 2, 2015                                                      Respectfully submitted,

                                                                                          BENJAMIN C. MIZER

1

Acting Assistant Attorney General

VINCENT H. COHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

<u>*/s/ Robin Thurston*</u>
Robin Thurston
Trial Attorney (Illinois Bar No. 6293950)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 616-8188
Fax:    (202) 616-8470
Email: robin.f.thurston@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*

<u>/s/ Michael Bekesha</u>
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*