IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>_____) | Civil Action No.  1:15-cv-0212 (RC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Defense, by counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and other litigation costs.

Dated: August 5, 2015

BENJAMIN C. MIZER
Acting Assistant Attorney General

VINCENT H. COHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Robin Thurston
Robin Thurston
Trial Attorney (Illinois Bar No. 6293950)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 616-8188

*Counsel for Defendant*

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*